NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XILINX, INC., XILINX ASIA PACIFIC PTE. LTD.,**
*Appellants*

**v.**

**ANALOG DEVICES, INC.,**
*Appellee*

---

2022-1798

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01564.

---

**ON MOTION**

---

Upon consideration of Xilinx, Inc. and Xilinx Asia Pacific Pte. Ltd.'s unopposed motion to voluntarily dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the appeal is dismissed.

2                                    XILINX, INC. v. ANALOG DEVICES, INC.

(2)  Each side shall bear its own costs.

FOR THE COURT

November 28, 2022                    /s/ Peter R. Marksteiner
        Date                         Peter R. Marksteiner
                                     Clerk of Court


ISSUED AS A MANDATE:  November 28, 2022